United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 12-70729 MAG (KAW) |
| Plaintiff, | DETENTION ORDER |
| v. | |
| CLIFFORD BULLOCK, | |
| Defendant. | |

Defendant Clifford Bullock is charged by complaint with a violation of 21 U.S.C. § 846 (conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of 3,4 Methylenedioxymethamphetamine.). At the June 29, 2012 hearing before this Court, Defendant, who was in custody and represented by Assistant Public Defender Edward Smock, waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Aaron Wegner appeared on behalf of the United States. The Court notes that Defendant has a pending bench warrant in Alameda County.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time. Defendant's case was removed to the United States District Court for the Eastern District of California on June 29, 2012. *See* Docket No. 4.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1

sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: July 3, 2012

KANDIS A. WESTMORE
United States Magistrate Judge